UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*Nicole Marie Herchenbach v. Bayer Corporation, et al.*   No. 10-cv-11278-DRH

*Elizabeth Christina Nunez, et al. v. Bayer Corporation, et al.*   No. 10-cv-12510-DRH

*Elizabeth Diane Oesterle v. Bayer Corporation, et al.* No. 11-cv-12941-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 8, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
       **Deputy Clerk**

Digitally signed by
David R. Herndon
Date: 2015.06.09
14:07:33 -05'00'

APPROVED:
       DISTRICT JUDGE
       U. S. DISTRICT COURT